CA 08 173S

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LISA B. MARROQUIN,

*Plaintiff,*

vs.

CITY OF PAWTUCKET, by and through its Finance Director, RONALD L. WUNSCHEL, JOEL T. JARVIS, individually and in his official capacity as a police officer employed by the City of Pawtucket

*Defendants.*

*{ R.I. Superior Court C.A. No PC08-0100 }*

## PETITION FOR REMOVAL

**To: United States District Court**
**for the District of Rhode Island**

1. Defendants— City of Pawtucket, by and through its Finance Director, Ronald L. Wunschel, Joel T. Jarvis, individually and in his official capacity as a police officer employed by the City of Pawtucket ("defendants")—are defendants in a civil action filed in the Providence County Superior Court entitled, *Lisa B. Marroquin v. City of Pawtucket, et al.,* *C.A. No. PC08-0100.* Attached to this petition is a complete and certified copy of the record from the Providence County Superior Court.

2. The aforesaid action was commenced with the filing of a Summons and Complaint. Upon information and belief, this complaint was served on or about April 30, 2008.

3. The above described action, as stated in plaintiffs' complaint, is one of which this Court has original jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

Defendants,
City of Pawtucket, Ronald L. Wunschel and
Joel T. Jarvis,
By their attorney,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on May 7th, 2008, to:

V. Edward Formisano (#5512)
100 Midway Place, Ste. 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)