UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LISA B. MARROQUIN,

*Plaintiff,*

vs.

CITY OF PAWTUCKET, by and through its Finance Director, RONALD L. WUNSCHEL, JOEL T. JARVIS, individually and in his official capacity as a police officer employed by the City of Pawtucket

*Defendants.*

CA 08 173S

*{ R.I. Superior Court C.A. No PC08-0100 }*

## NOTICE OF FILING PETITION FOR REMOVAL

**TO: Clerk's Office**
**Providence County Superior Court**
**250 Benefit Street**
**Providence, RI 02903**

**(See also those listed under Certification of Service)**

Please take notice that Defendants— City of Pawtucket, by and through its Finance Director, Ronald L. Wunschel, Joel T. Jarvis, individually and in his official capacity as a police officer employed by the City of Pawtucket, ("defendants")—have this day filed in the United States District Court for the District of Rhode Island a Petition for Removal of the above-entitled action from the Providence County Superior Court for the State of Rhode Island to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C. §§ 1441 and 1446.

Dated this 7th day of May 2008.

Defendants,
City of Pawtucket, Ronald L. Wunschel and
Joel T. Jarvis,
By their attorney,

Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within was mailed, postage prepaid, on May 7th, 2008, to:

V. Edward Formisano (#5512)
100 Midway Place, Ste. 1
Cranston, RI 02920
(401) 944-9690
(401) 943-9040 (facsimile)

Laura Souza