STATE ... RHODE ISLAND AND PROVIDENCE PLA ...TIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-0100 LISA MARROQUIN V CITY OF PAWTUCKET

Filing Date: 01-08-2008
Case Status: UNASSIGNED

Case Type: OTHER CIVIL ACTION
Status Date: 01-08-2008

Plaintiff: LISA MARROQUIN
ID: @10958935

Attorney: V. EDWARD FORMISANO

Defendant: CITY OF PAWTUCKET
ID: PAWTUCKET

Defendant: RONALD WUNSCHEL
ID: @10958936

Defendant: JOEL JARVIS
ID: @10958938

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-08-2008 | COMPLAINT FILED | |
| 01-08-2008 | INITIAL FILING FEE | A Payment of -$160.00 was made on receipt SCP263701. |
| 01-08-2008 | Payment Applied | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island