UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LISA B. MARROQUIN,<br><br>*Plaintiff,*<br>vs.<br><br>CITY OF PAWTUCKET, by and through its Finance Director, RONALD L. WUNSCHEL, JOEL T. JARVIS, individually and in his official capacity as a police officer employed by the City of Pawtucket<br><br>*Defendants.* | C. A. No. 08-173S |

**ENTRY OF APPEARANCE**

I, Marc DeSisto, Esq. (2757), hereby enter my appearance in the above-captioned matter on behalf of the defendants, City of Pawtucket, by and through its Finance Director, Ronald L. Wunschel and Joel T. Jarvis, individually and in his official capacity as a Police Officer employed by the City of Pawtucket.

Defendants,
By their attorney,

/s/ Marc DeSisto

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 8th day of May, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

edf@sfclaw.com

*/s/ Marc DeSisto*

Marc DeSisto