UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| LISA B. MARROQUIN,<br><br>*Plaintiff,*<br>vs.<br><br>CITY OF PAWTUCKET, by and through its Finance Director, RONALD L. WUNSCHEL, JOEL T. JARVIS, individually and in his official capacity as a police officer employed by the City of Pawtucket<br><br>*Defendants.* | C. A. No. 08-173S |

**ANSWER ON BEHALF OF DEFENDANTS, CITY OF PAWTUCKET BY AND THROUGH ITS FINANCE DIRECTOR, RONALD L. WUNSCHEL AND JOEL T. JARVIS, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER EMPLOYED BY THE CITY OF PAWTUCKET**

Now come the defendants, City of Pawtucket, by and through its Finance Director, Ronald L. Wunschel and Joel T. Jarvis, individually and in his official capacity as a Police Officer employed by the City of Pawtucket and answer the plaintiff's complaint as follows:

1. These defendants deny the allegations contained in the unnumbered introductory paragraph entitled "Introduction" of the plaintiff's complaint.

2. These defendants admit the allegations contained in paragraphs 1 and 2 of that portion of the plaintiff's complaint entitled "Parties."

3. These defendants admit that Joel P. Jarvis is a police officer employed by the City of Pawtucket but object to, contest and deny suit being brought in his individual capacity set forth in paragraph 3 of that portion of the plaintiff's complaint entitled "Parties."

4. These defendants make no response to the allegations contained in paragraph 4 of that portion of the plaintiff's complaint entitled "Jurisdiction" and leave plaintiff to her proof of same.

5. These defendants deny the allegations contained in paragraph 5 of that portion of the plaintiff's complaint entitled "Venue."

6. These defendants admit the allegations contained in paragraphs 6 and 17 of that portion of the plaintiff's complaint entitled "Material Facts."

7. These defendants deny the allegations contained in paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23 and 24 of that portion of the plaintiff's complaint entitled "Material Facts."

8. These defendants make no response and leave plaintiff to her proof of same of the allegations contained in paragraph 18 of that portion of the plaintiff's complaint entitled "Material Facts."

9. These defendants deny the allegations contained in paragraph 25 of that portion of the plaintiff's complaint entitled "Claims for Relief."

10. These defendants deny the allegations contained in paragraph 26 of Count I of the plaintiff's complaint.

11. These defendants deny the allegations contained in paragraph 27 of Count II of the plaintiff's complaint.

12. These defendants deny the allegations contained in paragraph 28 of Count III of the plaintiff's complaint.

13. These defendants deny the allegations contained in paragraph 29 of Count IV of the plaintiff's complaint.

14. These defendants deny the allegations contained in paragraph 30 of Count V of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead the public duty doctrine as a bar to the within complaint.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead the statutory cap on damages as a bar and restriction on the amount of damages recoverable in this matter.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's injuries, if any, were caused by her own conduct for which these defendants are not responsible.

**These defendants hereby demand a trial by jury.**

Defendants,
By their attorney,

/s/ Marc DeSisto
Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 8th day of May, 2008, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

edf@sfclaw.com

*/s/ Marc DeSisto*

Marc DeSisto